CORTEZ FISHER #41427-037

F.C.I. FAIRTON - BOX 420

FAIRTON, NEW JERSEY 08320

MARCH 15, 2010

CIVIL #JFM 07-0518

HON: J. FREDERICK MOTZ, U.S.D.J.

UNITED STATES DISTRICT COURT

101 W. LOMBARD STREET

BALTIMORE, MARYLAND 21201-2691

MS. JOANNA SILVER, A.F.P.D.

100 S. CHARLES STREET, TOWER II

BALTIMORE, MARYLAND 21201

MR. ROD ROSENSTEIN, U.S. ATTORNEY

MR. PHILLIP S. JACKSON, A.U.S.A.

OFFICE OF UNITED STATES ATTORNEY

36 SOUTH CHARLES STREET, 4TH. FLR.

BALTIMORE, MARYLAND 21201

RE: MOTION FOR DISMISSAL OF INDICTMENT

   BASED UPON POLICE MISCONDUCT AND

   PROSECUTORIAL MISCONDUCT UNDER

   BRADY MATERIAL.

DEAR SIR/MADAM:

   PLEASE ACCEPT THIS LETTER-MOTION IN LIEU OF A MORE FORMAL BRIEF AND MOTION REQUESTING THAT THIS MATTER BE OPENED FOR A HEARING REQUESTING DISMISSAL OF THE FEDERAL INDICTMENT ON THE GROUND THAT THE LAW ENFORCEMENT OFFICER THAT ARRESTED ME PLANTED DRUGS, AND OTHER ACTIVITIES OF A CRIME ON ME AND IN MY APARTMENT, AND SAID OFFICER FURTHER STOLE JEWELRY AND MONEY FROM MY APARTMENT WHICH HE LATER GAVE TO A RELIABLE

CONFIDENTIAL INFORMANT REGISTERED WITH THE BALTIMORE POLICE DEPARTMENT UNDER CONTROL #2091, WHO LATER SOLD SUCH JEWELRY FOR PROFITS WHICH HE SPLIT WITH OFFICER MARK JAMES LUNSFORD. I FURTHER SUBMIT THAT SUCH INFORMANT NEVER GAVE OFFICER MARK JAMES LUNSFORD INFORMATION CONCERNING DRUG ACTIVITIES AT 125 DENISON STREET, BALTIMORE, MD. 21229, OR INFORMATION CONCERNING DRUG DEALING BY MYSELF. OFFICER MARK JAMES LUNSFORD DID KNOWINGLY LIE ON A FEDERAL DOCUMENT AND TO A FEDERAL COURT AND STATE COURT JUDGE IN ORDER TO OBTAIN A WARRANT FOR PROBABLE CAUSE TO SEARCH. I AM NOW IN POSSESSION OF CERTAIN DOCUMENT'S AND INFORMATION WHICH MAY PROVE THAT THIS OFFICER COMMITTED PERJURY IN MY CASE AND THAT CERTAIN JEWELRY AND WATCHES CONFISCATED FROM MARK JAMES LUNSFORD AT THE TIME OF HIS ARREST AND THE SEARCH OF HIS HOME IN SYKESVILLE MAY BELONG TO ME BASED UPON THE FACT THAT HE CONDUCTED THE SEARCH AT MY APARTMENT AND AT THE TIME OF MY ARREST HE CONFISCATED MY KEYS AND RETURNED TO THE APARTMENT LATER AND TOOK A SAFE CONTAINING ALL MY JEWELRY AND PERSONAL PROPERTY. NONE OF WHICH WAS LISTED ON INVENTORY FORMS AS CONFISCATED. I HAVE PHOTO'S OF MY WATCH WHICH CONTAINS NUMEROUS DIAMONDS WITH BLUE AND RED DESIGNS AS DETAILS.

I WOULD LIKE A FORM ADVISING ME OF ALL THE PROPERTY SEIZED FROM MARK JAMES LUNSFORD HOME AND A REQUEST FOR PICTURES SO I MAY IDENTIFY THE PROPERTY WHICH HE STOLE FROM ME.

I ALSO WOULD LIKE TO ASCERTAIN THE EXACT DATES THAT THE GOVERNMENT WAS IN POSSESSION OF INFORMATION OR EVIDENCE THAT OFFICER MARK JAMES LUNSFORD WAS A "ROGUE" NARCOTIC COP AND WOULD BE CHARGED WITH CRIMINAL MISCONDUCT. I
BELIEVE THAT SUCH FACTS WAS WITHHELD AS BRADY MATERIAL DURING

MY DISCOVERY PROCESS.

    I ALSO BELIEVE THAT A HEARING SHOULD BE HELD IN THIS MATTER IN THE "INTEREST OF JUSTICE" BECAUSE I HAVE ALWAYS MAINTAINED TO MY LAWYER THAT THIS OFFICER (MARK JAMES LUNSFORD) SET ME UP AND ARRESTED ME UNLAWFULLY. I AM REQUESTING THE COURT SET A DATE FOR THIS MATTER TO BE HEARD AS REGARDS THE DISMISSAL OF THE FEDERAL INDICTMENT.

    A RESPONSE AT YOUR EARLIEST CONVENIENCE IS RESPECTFULLY REQUESTED. THANKING YOU IN ADVANCE FOR YOUR TIME, ATTENTION, AND AID.

                        RESPECTFULLY SUBMITTED,

                            CORTEZ FISHER

*/s/ Cortez Fisher*