CORTEZ FISHER #41427-037

F.C.I. FAIRTON - BOX 420

FAIRTON, NEW JERSEY 08320

    APRIL 1, 2010

CIVIL ACTION #JFM-10-706

(RELATED CRIM. CASE: JFM-07518)

J. FREDERICK MOTZ, U.S.D.J.

UNITED STATES DISTRICT COURT

101 W. LOMBARD STREET

BALTIMORE, MARYLAND 21201-2691

MR. PHILIP SENAN JACKSON, U.S.A.

OFFICE OF UNITED STATES ATTORNEY

36 S. CHARLES STREET, FOURTH FLR.

BALTIMORE, MD 21201

RE: CONSTRUED MOTION AS §2255 PETITION.

DEAR SIRS:

    ON APRIL 1, 2010, I RECEIVED AN ORDER FROM THE UNITED STATES DISTRICT COURT IN WHICH IT PURPORTS TO SUGGEST THAT MY LETTER-MOTION WAS CONSTRUED TO BE A §2255 HABEAS CORPUS. SUCH ORDER GOES ON TO DISCUSS WHETHER I MAY BE TIME BARRED AND ORDERS THE UNITED STATES ATTORNEY'S OFFICE TO ADDRESS SUCH ISSUE.

    I NOW SUBMIT THAT THE COURT FAILED IN THIS MATTER TO GIVE ME PROPER NOTICE THAT MY LETTER-MOTION WAS BEING CONSTRUED AS A §2255 HABEAS CORPUS PETITION AND TO GIVE ME AND OPPORTUNITY TO HAVE SUCH LETTER-MOTION RULED UPON AS SUCH (§2255), OR TO REQUEST THAT THE COURT ALLOW ME TO EXPLAIN IN DETAIL THE STATUTE THAT SUCH MOTION IS BEING FILED UNDER, OR TO WITHDRAW AND FILE AN ALL INCLUSIVE §2255 PETITION WITH ALL ISSUE'S

RAISED AND DISCUSSED INCLUDING ANY EQUITABLE TOLLING PROVISIONS PURSUANT TO §2255(F)(4) WHICH ALLOWS ME TO FILE BEYOND THE DATE OF FINALITY.

    I AM NOW ASKING THAT THIS COURT RESCIND THIS ORDER AND ISSUE THE PROPER NOTICE TO ME THAT WILL ALLOW ME THE FAIR OPPORTUNITY TO LITIGATE THIS MATTER UNDER THE LIBERAL STANDARDS OF HAINES V. KERNER. BECAUSE THE ISSUES IN THIS MATTER INVOLVE A BRADY VIOLATION AS TO EVIDENCE WITHHELD DURING PLEA NEGOTIATIONS AND DISCOVERY THERE MAY BE ADMISSIBLE EVIDENCE SUPPORTING THE FAILURE TO FILE WITHIN THE TIME LIMITATIONS PROVIDED BY LAW. ALSO, THE ISSUE OF POLICE MISCONDUCT IS NEWLY DISCOVERED AS REGARDS THE DATE THAT I BECAME AWARE THAT SUCH OCCURRED AND/OR THAT THE GOVERNMENT FAILED TO DISCLOSE SUCH POLICE MISCONDUCT TO ME OR MY COUNSEL.

    A RESPONSE AT YOUR EARLIEST CONVENIENCE IS RESPECTFULLY REQUESTED IN THIS URGENT MATTER.

              RESPECTFULLY SUBMITTED,

              CORTEZ FISHER - PRO SE

              *Cortez Fisher*